1 The People of the State of Colorado, Plaintiff-Appellee, v. William Walker Lancaster III, Defendant-Appellant. No. 17CA1391
Court of Appeals of Colorado, Seventh Division
November 10, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 Summit
 County District Court No. 16CR47 Honorable Mark D. Thompson,
 Judge
 
 
 
 OPINION
 
 
 
 NAVARRO, JUDGE
 
 
 JUDGMENT
 AFFIRMED IN PART, VACATED IN PART, AND CASE REMANDED WITH
 DIRECTONS
 
 
 Grove
 and Pawar, JJ., concur